IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JOSE CRUZ,**

    **Plaintiff,**

**v.**                                          Case No. 4:20-cv-584-AW-MAF

**FLORIDA ATTORNEY GENERAL,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Jose Cruz, a Florida inmate, filed this § 1983 action against Florida's Attorney General. I have considered the magistrate judge's March 1, 2021 Amended Report and Recommendation, ECF No. 14, and I have considered de novo Cruz's objections, ECF No. 15. I agree with the magistrate judge that this case must be dismissed for failure to state a claim. Cruz is attacking a state-court conviction through a § 1983 action, which *Heck* prohibits.

I note that after the magistrate judge issued the Amended Report and Recommendation, Cruz submitted another "second amended complaint." ECF No. 16. The magistrate judge explained that this is identical to an earlier filing. ECF No. 17. At any rate, it was filed without leave and—like the other pleadings—fails to state a claim.

1

It is now ORDERED:

1. The Amended Report and Recommendation (ECF No. 14) is adopted and incorporated into this order.

2. The clerk will enter a judgment that says, "This case is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii)."

3. The clerk will then close the file.

SO ORDERED on April 19, 2021.

s/ <i>Allen Winsor</i><br>United States District Judge